NAME
William J. Austin

PRISON NUMBER  CDC#T-51790
Centinela State Prison,B3-140L

CURRENT ADDRESS OR PLACE OF CONFINEMENT
P.O.Box 911
Imperial,Ca. 92251

CITY, STATE, ZIP CODE

FILED

07 NOV -9 PM 2: 28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 CV   2159 DMS   (RBB)

William J. Austin ,
(FULL NAME OF PETITIONER)

**PETITIONER**

v.

James Tilton,Acting Director
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

_____ ,

The Attorney General of the State of
California, Additional Respondent.

Civil No. _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: The Superior Court of San Diego, 220 W. broadway, San Diego,Ca.92102

2. Date of judgment of conviction: February 27,2002

3. Trial court case number of the judgment of conviction being challenged: SDC-161430

4. Length of sentence: Thirteen (13) Years Total



5. Sentence start date and projected release date: __Start Date, February 27, 2002__ __and projected release date is February 16, 2015__

6. Offense(s) for which you were convicted or pleaded guilty (all counts): __Three (3)__ __counts of P.C. Section 245(a)__

7. What was your plea? (CHECK ONE)
   (a) Not guilty      ☒
   (b) Guilty         ☐
   (c) Nolo contendere   ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury       ☒
   (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes  ☒ No

### DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: __Denied__
    (b) Date of result, case number and citation, if known: __August 20, 2003__
    (c) Grounds raised on direct appeal: __(1) Insufficient Evidence to support__ __conviction; (2) The court abused it's discretion in failing__ __to strike the prior conviction (allegation)__

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: __denied__
    (b) Date of result, case number and citation, if known: __November 20, 2003__ __No. D040045, S119345__
    (c) Grounds raised: __The evidence was insufficient solely because__ __there was never a facial discription of the assailant to__ __make a six pack photo array__

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:

    (a) Result: _____ **N/A** _____

    (b) Date of result, case number and citation, if known: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
☒ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) <u>California Superior Court</u> Case Number: HC-17568, SCD-161930 & S153051

    (b) Nature of proceeding: Habeas Corpus _____

    _____

    (c) Grounds raised: (1) The trial Court erred when it denied the defense counsel's request for Mistrial; (2) Ineffective Assistance of Counsel, and an illegal sentence _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☒ No

    (e) Result: _____

    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
☒ Yes  ☐ No

17. If your answer to #16 was "Yes," give the following information:
  (a) **California Court of Appeal** Case Number:_D043859_____
  (b) Nature of proceeding: _Habeas Corpus_____
  _____
  (c) Grounds raised: _The trial court erred when it denied the defenses_
  _request for mistrial; (2) Ineffective Assistance of trial_
  _counsel_
  _____
  (d) Did you receive an evidentiary hearing on your petition, application or motion?
  ☐ Yes  ☒ No
  (e) Result: _____
  (f) Date of result: _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
  ☒ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:
  (a) **California Supreme Court** Case Number:_S126123 and S153051_____
  (b) Nature of proceeding: _habeas Corpus_____
  _____
  (c) Grounds raised: _(1) The trial court erred when it denied the_
  _defenses request for mistrial; (2) ineffective Assistance_
  _of trial Counsel. In a separate Habeas Corpus illegal_
  _sentence was raised_
  _____
  (d) Did you receive an evidentiary hearing on your petition, application or motion?
  ☐ Yes  ☒ No
  (e) Result: _Denied_____
  (f) Date of result: _October 10,2007_____

20.    If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21.    Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
☐ Yes  ☒ No    (IF "YES" SKIP TO #22)
   (a)  If no, in what federal court was the prior action filed? United States Dist Court Southern Dist.of Calif.
      (i)  What was the prior case number? 05-CV-1303-LAB (CAB)
      (ii)  Was the prior action (CHECK ONE):
         ☐ Denied on the merits?
         ☐ Dismissed for procedural reasons?
      (iii)  Date of decision: ___Still Pending___
   (b)  Were any of the issues in this current petition also raised in the prior federal petition?
      ☐ Yes  ☒ No

   (c)  If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
      ☐ Yes  ☐ No

CAUTION:

   ● **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

   ● **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

   ● **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: The United States Constitution Guarantee's Due Process of A Defendant Right's From The Trial Court imposeing An Illegal Sentence. The trial Court Erred.

**Supporting FACTS** (state *briefly* without citing cases or law) On april 25,2002, petitioner was sentenced to 13 years imprisonment after being found guilty by Jury. The sentencing court erred in the illegely imposed sentence. Petitioner was convicted of two counts of assault by means of force likely to produce great bodily injury, one count of assault with deadly weapon by means of force likely to produce great bodily injury,(GBI) and one count of assault. The Jury found it true the defendant inflicted great bodily injury. These counts were numbered I,II,III and IV. Now the sentencing court used count two for the base principle term, because of the (GBI) allegation and imposed the presumtive middle term of 3 years to 6 years under the three strike law, then the court also doubled count I, and count III serving one third the middle term. The sentencing court erred.

**(SEE ATTACHED ADDITIONAL PAGE,SUPPORTING FACTS)**

Did you raise **GROUND ONE** in the California Supreme Court?
☐ Yes ☐ No.

**SUPPORTING FACTS CONTINUED**

1

2       The San Diego county Superior Court imposed an erroneous

3 illegal sentence that violated petitioners constitutional rights

4 to trial by Jury and Due Process. Trial court also violated Calif-

5 ornia's Detemante Sentencing Law(DSL), which sentencing rules

6 instruct a sentencing court how to sentence a defendant that has

7 been found guilty or pled guilty by plea bargain. Petitioner's

8 trial court erred and violated sentencing rule Penal code section

9 §667,Subdivision (c)(b). P.C.§667(c)(b) States: "If there is a

10 current conviction for more then one felony count not committed on

11 the same occasion, and not arising from the same set of operative

12 facts, the court shall sentence the defendant consecutively.",

13 which means if all felony counts committed at the same time and on

14 the same occasion and arising from the same set of aperative facts

15 the court shall sentence concurrent. Petitioners case all happened

16 at the same time, in the same room all on the same occasion as was

17 testfied to by all State witnesses and conferned by police reports.

18

19       Which brings up Penal Code 654 Subdivsion(a) which States in

20 relevant part: "in no case shall an act or omission be punished

21 under more then one provision." So if the Jury found it true to

22 the great bodily injury(GBI) enhancement for an additional 3 years

23 under Penal Code §12022.7. The trial court would have also erred

24 by sentencing petitioner under more then one provision for the gr-

25 eat bodily injury being attached to count II,to make count II a

26 serious felony. The sentencing court could do one of two things

27 according to the sentencing rules; (1) give the defendant the 3

28 year enhancement under P.C.§12022.7, as the jury found,or(2) give

1  the defendant 3 years for a strike prior that only the great

2  bodily injurt (GBI) allows by makeing count II a serious felony.

3  Penal Code §1170(b) States a fact underlying am enhancement can

4  not do double duty; it can not be used to impose a upper term

5  sentence and on top of that an enhancement term. The GBI on count

6  II is doing double duty in petitioners sentence, the court erred

7  there.

8  The great bodily injury (GBI) can only be used once under

9  one sentencing provision, you cant usethe same GBI allegation

10  twice under two different provisions as stated in P.C.§654,also a

11  fact underlying an enhancement can not do double dutyas it was

12  used in petitioners sentence.

13  Petitioner should have received a sentencing of no more then

14  9 years if sentenced under P.C.§667, and all counts ran concurrent.

15  If the great bodily injury used as double duty is corrected petit-

16  ioner should have been sentenced to no more then 6 years. To allow

17  a Judge to impose a illegal sentence deny's petitioner his sixth &

18  eighth Amendment Constitutional right to a trial by jury and Due

19  Process.

20  Petitioner request this court address the erroneous sentence

21  imposed on him in light of the facts presented in this petition

22  for writ of Habeas Corpus. Petitioner also request this court add-

23  ress the issues of Penal Code §667(c)(b),P.C.§1170(b), and all

24  legal use of great bodily injury enhancement P.C.§12022.7, being

25  use to do double duty. Petitioner also request this court to modi-

26  fy and correct the illegal sentence imposed on him according to

27  the laws that govern the land.

28  Respectfully Submitted

Dated: 11- 6 - 2007

William J. Austin

(b) **GROUND TWO**: _____

_____

_____

**Supporting FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND TWO in the California Supreme Court?**
☐ Yes ☐ No.

(c) **GROUND THREE:** _____

_____

_____

**Supporting FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.

(d) **GROUND FOUR**: _____

_____

_____

**Supporting FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☒ Yes  ☐ No

24. If your answer to #23 is "Yes," give the following information:
   (a) Name of Court: United States District Court Southern Dist.of California.
   (b) Case Number: 05-CV-1303 LAB(CAB)
   (c) Date action filed: November 23,2005
   (d) Nature of proceeding: _____

   (e) Grounds raised: (1) Insufficient Evidence,Truth in evidence (2) false Testimony (3) Ineffective Assistance of counsel

   (f) Did you receive an evidentiary hearing on your petition, application or motion?
   ☐ Yes  ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing: Scott Rand

   (b) At arraignment and plea: Scott Rand

   (c) At trial: scott Rand

   (d) At sentencing: Scott Rand

   (e) On appeal: Joseph T. Tavano,Appellant Defendants Inc.
   (f) In any post-conviction proceeding: N/A

   (g) On appeal from any adverse ruling in a post-conviction proceeding: N/A

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

   (a)  If so, give name and location of court that imposed sentence to be served in the future:

     _____

   (b)  Give date and length of the future sentence: _____

     _____

   (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
     ☐ Yes  ☒ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

_____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.


                                     _____

                                        SIGNATURE OF ATTORNEY (IF ANY)


I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_Nov. 6, 2007_ _____     _William Austin_ _____

        (DATE)                                 SIGNATURE OF PETITIONER

## PROOF OF SERVICE BY A PERSON IN STATE CUSTODY

CASE NAME:  WILLIAM J. AUSTIN  v.  JAMES TILTON
CASE NUMBER:

    I WILLIAM AUSTIN, THE UN DERSIGNED, CERTIFY, AND DO DECLARE
THAT I AM OVER THE AGE OF 18 YEARS, INCARCERATED AT CENTINELA
STATE PRISON, LOCATED AT IMPERIAL, CALIFORNIA, AND A PARTY TO
THE ATTACHED FOREGOING CAUSE OF ACTION.  ON *Nov*_____, 2007,
I DID SERVE A TRUE COPY OF: *Petition for Writ of Habeas Corpus*

BY HANDING IT TO INSTITUTIONAL STAFF IN A SEALED ENVELOPE, ATTACH-
ED WITH A CDC TRUST WITHDRAWAL REQUESTING THAT POSTAGE BE PAID
THERETO, FOR DEPOSIT IN THE UNITED STATES MAIL PURSUANT OF CALI-
FORNIA CODE OF REGULATIONS SECTION 3142 and 3165; ADDRESSED TO THE
FOLLOWING:

I MAILED THE FOLLOWING ITEMS TO:
*United State District Court*
*Southern District Court*

INTENDED PLACE OF MAILING:  U.S. POST OFFICE, AT IMPERIAL, CALIFOR-
NIA.  I FURTHER DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED ON *Nov 6*_____ 2007

RESPECTFULLY SUBMITTED

WILLIAM J. AUSTIN
PETITIONER, IN PRO PER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**William J. Austin**

**DEFENDANTS**

**Tilton**

FILED

07 NOV -9 PM 2: 30

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

William J. Austin
PO Box 911
Imperial, CA 92251
T-51790

**ATTORNEYS (IF KNOWN)**

'07 CV 2159 DMS (RBB)

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)     FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | | ☐ 690 Other | ☐ 861 HIA (1395ff) | |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23  DEMAND $  Check YES only if demanded in complaint:  JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**  JUDGE  Docket Number

DATE  November 9, 2007

PAID $5- 11/9/07  BH RCPT #144376

SIGNATURE OF ATTORNEY OF RECORD

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 144376    – BH

# November 09, 2007
# 14:31:06

# Habeas Corpus

USAO #.: O7CV2159 HABEAS FILING
Judge..: DANA M SABRAW
Amount.:                     $5.00 CK
Check#.: PC# 1283


# Total-> $5.00


FROM: AUSTIN V. TILTON
        HABEAS CORPUS