||||
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | **UNITED STATES DISTRICT COURT** | |
| 9 | **SOUTHERN DISTRICT OF CALIFORNIA** | |
| 10 | | |
| 11 | WILLIAM J. AUSTIN, | Civil No.   07cv2159-DMS (RBB) |
| 12 | Petitioner, | **ORDER:** |
| 13 | | **(1) DIRECTING CLERK TO FILE A COPY OF THE PETITION IN THIS MATTER AS AN ORIGINAL APPLICATION TO FILE A SUPPLEMENTAL PETITION IN SO. DIST. CA. CIVIL CASE NO. 05cv1303-LAB (CAB); AND,** |
| 14 | v. | |
| 15 | | |
| 16 | JAMES TILTON, Secretary, | |
| 17 | | **(2) DISMISSING CASE WITHOUT PREJUDICE** |
| 18 | Respondent. | |
| 19 | | |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner claims his federal due process rights were violated by the manner in which his sentence was calculated. (Pet. at 6.) Petitioner is currently proceeding with a Petition for a Writ of Habeas Corpus challenging the same conviction and sentence which is the subject of the instant Petition. (See Petition filed 6/27/05 [Doc. No. 1] in SO. DIST. CA. CIVIL CASE NO. 05cv1303-LAB (CAB).) On June 22, 2007, the assigned Magistrate Judge in that case filed a Report and Recommendation ("R&R") which recommended denying the Petition on the merits of the claims presented. (See R&R filed 6/22/07 [Doc. No. 50] in SO. DIST. CA. CIVIL CASE NO. 05cv1303-LAB (CAB).) Petitioner filed Objections to the

1  R&R on July 27, 2007, and the matter is currently pending before the assigned District Judge.
2  (See Objections filed 7/27/07 [Doc. No. 52] in SO. DIST. CA. CIVIL CASE NO. 05cv1303-LAB
3  (CAB).)

4  Because Petitioner is attempting to present a new claim which arises from and is directly
5  related to the conviction and sentence which he is currently attacking in SO. DIST. CA. CIVIL
6  CASE NO. 05cv1303-LAB (CAB), the instant Petition appears to be an attempt by Petitioner to
7  file a supplemental petition in SO. DIST. CA. CIVIL CASE NO. 05cv1303-LAB (CAB).

8  Accordingly, the Clerk of the Court is **DIRECTED** to file a copy of the original Petition
9  in the instant case as an Application to File a Supplemental Petition in SO. DIST. CA. CIVIL CASE
10 NO. 05cv1303-LAB (CAB).  The Court **DISMISSES** the instant action without prejudice to
11 Petitioner to proceed with his claims in SO. DIST. CA. CIVIL CASE NO. 05cv1303-LAB (CAB).

12 **IT IS SO ORDERED.**

DATED:  November 15, 2007

HON. DANA M. SABRAW
United States District Judge

CC:   PETITIONER IN PRO SE
      UNITED STATES MAGISTRATE JUDGE RUBEN B. BROOKS
      UNITED STATES MAGISTRATE JUDGE CATHY ANN BENCIVENGO